UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.  2:19-cv-560-FtM-60NPM

ISLAND ROOFING AND RESTORATION, LLC
(a/a/o Dawnmarie Peterson
and Michele Peterson),

    Plaintiff,

vs.

GEOVERA SPECIALTY INSURANCE
COMPANY,

    Defendant.

_____/

## DEFENDANT'S MOTION TO COMPEL DEPOSITION TESTIMONY

Pursuant to Federal Rule Civil Procedure 37(a), Defendant, GEOVERA SPECIALTY INSURANCE COMPANY ("GEOVERA"), by and through the undersigned counsel, hereby moves to compel the deposition testimony and states as follows:

1.    This is a civil action brought by Plaintiff, Island Roofing and Restoration, LLC ("ISLAND ROOFING"), seeking to recover damages in excess of $15,000, plus interest, costs, and attorney's fees under a contract for insurance issued by GEOVERA to Plaintiff. *See ¶¶ 1 and 15 of Plaintiff's Complaint* [Doc. #3].

2.    GEOVERA issued a commercial insurance policy bearing policy no. GH50032072 to Dawnmarie and Michele Peterson for real property located at 11072 Lakeland Circle, Fort Myers, Florida 33913 for policy period August 17, 2017 to August 17, 2018. *See ¶¶ 4 of Plaintiff's Complaint* [Doc. #3].

3.       According to the Complaint, ISLAND ROOFING seeks payment based upon its construction consulting services for losses incurred which occurred  to the insured property on September 10, 2017 as a result of wind and water damage caused by Hurricane Irma, which ISLAND ROOFING alleges is owed under the subject insurance policy, plus attorney's fees, costs and interest. *See generally of Plaintiffs' Complaint* [Doc. #3].

4.       On or about March 11, 2020, the parties conducted mediation in an attempt to resolve the matter. Mediation resulted in an impasse and on March 12, 2020 Defendant requested dates for the deposition of the Plaintiff to occur. Since that time Defendant has made several attempts to coordinate the deposition of the Plaintiff prior to the deadline for discovery and dispositive motions[1]. *See email communications between Defendant and Plaintiffs' counsel attached hereto as Exhibit "A".*

5.       On or about March 24, 2020 Plaintiff provided dates for the Plaintiff's deposition to occur in July, August, and early September of 2020. *See email communication from Plaintiff's counsel's office attached hereto as Exhibit "B".*

6.       Since this matter was unable to resolve at mediation, the deposition of, is necessary for GEOVERA to adequately prepare for pre-trial motions such as a motion for summary judgment, and for trial. GEOVERA will be severely prejudiced should the requested deposition does not take place.

7.       As the discovery deadline in this case is March 24, 2020 GEOVERA has no choice but file the instant motion in an effort to protect their interest and to compel Plaintiff to provide dates for deposition to take place within a reasonable time prior to the dispositive motions deadline.

---

[1] Discovery deadline is March 24, 2020 and dispositive motions deadline is April 24, 2020.

7510381v.1

8.      It is within a trial Court's discretion to compel depositions of witnesses likely to provide relevant information. *Zerilli v. Smith*, 656 F.2d 705, 710 (D.C.Cir.1981); *Montecatini Edison S.P.A. v. E.I. Dupont De Nemours & Co.*, 434 F.2d 70, 72 (3d Cir.1970).

**WHEREFORE,** Defendant, GEOVERA INSURANCE COMPANY, respectfully requests the Court enter an Order compelling the Plaintiff to provide deposition dates for the deposition to take place within a reasonable time, and for such other and further relief as this Court deems just and proper.

<u>**CERTIFICATION OF GOOD FAITH CONFERENCE**</u>

Pursuant to Fed. R. Civ. P. 37(a)(1) and Local Rule 7.1(a)(3), the Defendant hereby certifies that defense counsel has conferred with counsel for Plaintiff regarding the subject matter of this motion. However, the Parties were unable to reach a resolution of this motion on their own.

<u>**CERTIFICATE OF SERVICE**</u>

WE HEREBY CERTIFY that on **March 23, 2020**, a true and correct copy of the foregoing was sent via email to: **S. Paris R. Webb, Esq.**, of **ARNESEN WEBB, P.A.**, at paris@insurancelawyers.orq, and eservice@insurancelawyers.org, Attorney for Plaintiff.

/s/ Lucie A. Robinson
GARY J. SPAHN, ESQUIRE
Florida Bar No. 098771
LUCIE A. ROBINSON, ESQUIRE
Florida Bar No. 113088
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone:  (407) 203-7570
Facsimile:  (407) 648-1376
gary.spahn@wilsonelser.com
Lucie.robinson@wilsonelser.com
jaselly.fernandez@wilsonelser.com
Attorneys for Defendant
GEOVERA INSURANCE COMPANY

7510381v.1