UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO: 2:19-CV-560-FtM-60NPM

ISLAND ROOFING AND RESTORATION, LLC
(a/a/o Dawnmarie Peterson and
Michele Peterson),

       Plaintiff,

vs.

GEOVERA SPECIALTY INSURANCE
COMPANY,

       Defendant.

_____

### PLAINTIFF'S NOTICE OF SETTLEMENT

_____

    COMES NOW, the Plaintiff, ISLAND ROOFING AND RESTORATION, LLC, by and through undersigned counsel, hereby files its Notice of Settlement and advises the Court that the Parties have agreed to a settlement of the referenced matter.

    The Parties anticipate filing, *inter alia*, a Stipulation of Dismissal with Prejudice within sixty (60) days of this Notice.

Dated April 24, 2020.

                                                  **ARNESEN WEBB, P.A.**
                                                Attorneys for Plaintiff
                                                197 South Federal Highway, Ste. 300
                                                Boca Raton, FL  33432
                                                Telephone:   (561)-757-6000
                                                Facsimile:    (877)-241-2411

                                                By____/s/ *Justin L. Warren*_____
                                                **JUSTIN L. WARREN, ESQ.**
                                                Florida Bar No.: 1001006
                                                **PARIS R. WEBB, ESQ.**
                                                Florida Bar No.: 713074

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                                  By   /s/ *Justin L. Warren*
                                                           **JUSTIN L. WARREN, ESQ.**

## SERVICE LIST

**Lucie A. Robinson, Esq.**
Counsel for Defendant
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
111 North Orange Avenue
Suite 1200
Orlando, Florida  32801
Nyasha.seale@wilsonelser.com
Lucie.robinson@wilsonelser.com
Jennifer.johns@wilsonelser.com

**Adam M. Balkan, Esq.**
Co-counsel for Plaintiff
BALKAN & PATTERSON, LLP
1877 S. Federal Highway, Suite 100
Boca Raton, FL  33432
Adam@balkanpatterson.com